RECEIVED
IN MONROE, LA
NOV 3 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SOPHAL KEO | CIVIL ACTION NO. 07-1733 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TENSAS PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM RULING

Before the Court is Respondents' Motion to Dismiss Petitioner Sophal Keo's ("Keo's") Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. [Doc. No. 8].

For the following reasons, Respondents' Motion to Dismiss is GRANTED. Keo's Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE as MOOT.

### I. FACTS AND PROCEDURAL HISTORY

According to his petition, Keo is a native of Thailand and a citizen of Cambodia. On April 4, 2007, an Immigration Judge issued an order to remove Keo from the United States.

On October 18, 2007, while in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"), Keo filed the instant petition seeking release. Keo claimed that his removal to Cambodia was not likely to occur in the reasonably foreseeable future. [Doc. No. 1].

On November 13, 2007, Keo was released from detention pending his removal from the United States. [Doc. No. 8, Exh. 1].

On November 20, 2007, Respondents filed a Motion to Dismiss [Doc. No. 8].

## II.  LAW AND ANALYSIS

In his Petition for Writ of Habeas Corpus, Keo did not challenge the basis for his removal. Instead, Keo sought release from immigration custody pending his removal to Cambodia. Because Keo was released from detention on November 13, 2007, he has obtained the relief to which he is entitled. His removal moots consideration of the habeas petition because there is no case or controversy under Article III, Section 2, of the United States Constitution. See Riley v. INS, 310 F.3d 1253, 1257 (10th Cir. 2002) (release moots habeas petition challenging legality of extended detention); Francois v. Ashcroft, No. 04-1345, 2004 WL 1687803, at *1 (E.D. La. July 27, 2004) (same).

## III.  CONCLUSION

For the foregoing reasons, Respondents' Motion to Dismiss [Doc. No. 8] is GRANTED. Keo's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE as MOOT.

MONROE, LOUISIANA, this ___30___ day of __November__, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2